**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000577**
**29-JAN-2015**
**10:00 AM**

NO. CAAP-14-0000577

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEBRA GOTTMAN, as Personal Representative
of the Estate of SUSAN BACALSO, Deceased; and
DEBRA GOTTMAN, as next friend of BAILEY YANAGIHARA, a minor,
Plaintiffs-Appellees,
v.
WESTERN ENGINEERING, LTD, Defendant-Appellant,
and
GENERAL ELECTRIC COMPANY, et al.,
Defendants-Appellees,

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-1271-06)

ORDER GRANTING THE JANUARY 13, 2015
MOTION FOR VOLUNTARY DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant Western Engineering, Ltd.'s Motion for Voluntary Dismissal of Appeal, filed January 13, 2015, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 29, 2015.

Presiding Judge

Associate Judge

Associate Judge